# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jesus Rafael Gomez Garcia, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Ur M. Jaddou, Director<br>U.S. Citizenship and Immigration Services<br>Washington, D.C. | ) |
| Alejandro Mayorkas, Secretary<br>Department of Homeland Security<br>Washington, | ) Case No. 1:23-cv-038 |
| Defendants. | ) |

Plaintiff initiated the above-captioned action with the filing of a complaint on February 27, 2023. (Doc. No. 1). He filed notice of his consent to magistrate jurisdiction on March 27, 2023. (Doc. No. 5). He filed notice a "Notice of Rule 41(a)(1) Dismissal" on April 11, 2023. (Doc. No. 6). Accordingly, the above-captioned action is dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated this 20th day of April, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court